# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-93
LT Case No. 19-1995-CF-9635-AXXX

_____

RYAN URBIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Jessica J. Yeary, Public Defender, and
Justin Karpf, Special Assistant Public Defender,
Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Virginia Chester Harris, Senior Assistant Attorney General
Tallahassee, for Appellee.

August 22, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____